**The Deneau Law Firm, PLLC**

**Kindra Deneau (AZ Bar No. 024156)**

7135 E. Camelback Road, Suite 230
Scottsdale, Arizona  85251
Phone:  (480) 306-5977
Fax:  (602) 626-3504
kindra@deneaulaw.com
www.deneaulaw.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JENNIFER SIEGEL, | Case No. CV 12-02315-FJM |
| Plaintiff, | _____ |
| vs. | **NOTICE OF SETTLEMENT** |
| BURTON LIPPMAN LAW GROUP, P.C.; DOES I-10, | |
| Defendants. | |

### **NOTICE OF SETTLEMENT**

Notice IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days.

RESPECTFULLY SUBMITTED this 19th day of November, 2012.

**The Deneau Law Firm, PLLC**

By:  _____
    Kindra Deneau, Esq.
    *Counsel for Plaintiff*

**The Deneau Law Firm, PLLC**

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On May 5, 2011, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

**BY ELECTRONIC FILING:** I hereby certify that on November 19, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Richard Reed, Esq.
5447 E. 5th Street, Suite 249
Tucson, Arizona 85711
**Defendant Burton Lippman Law Group, P.C.**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S.Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

      EXECYTED this 19th day of November, 2012.

                            **The Deneau Law Firm, PLLC**

                            */s/ Kindra Deneau*

By: _____
        Kindra Deneau, Esq.
        *Counsel for Plaintiff*